# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **VENUS LOCATIONS, LLC** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 2:16-cv-00984** |
| | § | |
| **v.** | § | |
| | § | |
| **INTOUCH GPS, LLC** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the Motion for Voluntary Dismissal with Prejudice of all the claims filed by Plaintiff Venus Locations, LLC ("Plaintiff"), Motion for Voluntary Dismissal with Prejudice is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant InTouch GPS, LLC, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 24th day of October, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE